**The PEOPLE of the State of Colorado, Petitioner/Cross–Respondent,**

v.

**Philip Leslie GALIMANIS, Respondent/Cross–Petitioner.**

**No. 88SC624.**

Supreme Court of Colorado, En Banc.

Feb. 19, 1991.

**ORDER OF COURT**

Upon consideration of the Record on Appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Petition and Cross–Petition for Writs of Certiorari shall be, and the same hereby are, DENIED as having been improvidently granted.